No. 56644.—Holeproof Hosiery Co. v. United States, protest 167093–K (Mil-waukee).

Opinion by MOLLISON, J.   In accordance with oral stipulation of counsel that the relative value of the rag waste was 36 cents per pound, and that all of the statutory requirements and other conditions precedent for the allowance of drawback were complied with, the claim of the plaintiff was sustained.